**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Paul Gregory FREDERICK, Petitioner**

**No. 14 MAL 2017**

Supreme Court of Pennsylvania.

May 31, 2017

### ORDER

PER CURIAM

AND NOW, this 31st day of May, 2017, the Petition for Allowance of Appeal is **DENIED.**

**Thomas R. DOMAN, Jr., as Administrator of the Estate of Rock A. Doman, Deceased, Petitioner**

v.

**ATLAS AMERICA, INC. (DE.), Atlas Energy Resources, LLC, Atlas Resources, LLC, Successor in Interest to Atlas Resources, Inc., Atlas America, LLC, Successor in Interest to Atlas America, Inc. (PA.) Atlas Energy, Inc., Successor in Interest to Atlas America, Inc. (De.) and Atlas Energy Resources, LLC, Atlas Energy Operating Company LLC and Atlas Energy Finance Corporation, Respondents**

**No. 482 WAL 2016**

Supreme Court of Pennsylvania.

May 31, 2017

### ORDER

PER CURIAM

AND NOW, this 31st day of May, 2017, the Petition for Allowance of Appeal is **DENIED.**

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**David Frank STAHL, Petitioner**

**No. 530 WAL 2016**

Supreme Court of Pennsylvania.

May 31, 2017

### ORDER

PER CURIAM

AND NOW, this 31st day of May, 2017, the Petition for Allowance of Appeal is **DENIED.**

Justice Wecht did not participate in the consideration or decision of this matter.